UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCISCA ESPINOZA, | ) | CASE NO. CV 22-03383-JPR |
| | ) | |
| Plaintiff, | ) | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND ONE-HUNDRED DOLLARS and NO CENTS ($4,100.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of FOUR-HUNDRED TWO DOLLARS and NO CENTS ($402.00), as authorized by 28 U.S.C. § 2412(d), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: Februray 3, 2023

_____
UNITED STATES MAGISTRATE JUDGE
JEAN P. ROSENBLUTH

1